# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 18-10743-ELF

ANDREA  MCELHONE

923 ANDERSON AVENUE

DREXEL HILL, PA 19026

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANDREA  MCELHONE

    923 ANDERSON AVENUE

    DREXEL HILL, PA 19026

**Counsel for debtor(s), by electronic notice only.**
    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                     /s/ William C. Miller

Date: 4/18/2018

                     _____
                     William C. Miller, Esquire
                     Chapter 13 Standing Trustee