**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Andrea McElhone             :    Chapter 13

                     Debtor       :    No. 18-10743-elf

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE**
**WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C.**
**SECTION 1325(a)(8) and (a)(9)**

I, Scott F. Waterman, Esquire. upon my oath according to law, hereby certify that the

Debtor in connection with the confirmation hearing scheduled for April 24, 2018 in the above

referenced case:

1.      The above-named debtor is current with all post-petition obligations.

2.      The above-named debtor does not have to pay any post-petition Domestic Support

Obligations.

3.      The above-named debtor has filed all applicable Federal, State, and local tax

returns, as required by 11 U.S.C. § 1308.

4.      If the confirmation hearing date stated above is adjourned for any reason, and the

information herein changes, an updated Certification will be provided to the Standing Trustee

prior to any subsequent Confirmation hearing date.

Dated:  April 24, 2018               By:____*/s/ Scott F. Waterman*_____
                                         SCOTT F. WATERMAN
                                         Debtor's Attorney