IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea McElhone : Chapter 13
              Debtor : 
              :
              : No. 18-10743-elf

## ORDER

AND NOW, this __6th__ day of ____June____, 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Allowance of Counsel Fees in the sum of **$3,500.00**, and costs in the amount of **$400.00**, and no objections or responsive pleading thereto having been filed, it is hereby **ORDERED** that the said Application is **GRANTED**. The amount of **$1,900.00** shall be paid from available funds by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**