United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrea McElhone  
    Debtor

Case No. 18-10743-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 06, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db           +Andrea McElhone,    923 Anderson Avenue,    Drexel Hill, PA 19026-4407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:  
         KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN    on behalf of Debtor Andrea   McElhone scottfwaterman@gmail.com, scottfwaterman@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea McElhone           :   Chapter 13
                    Debtor       :
                                 :
                                 :   No. 18-10743-elf

## ORDER

AND NOW, this __6th__ day of _____June_____ , 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Allowance of Counsel Fees in the sum of **$3,500.00**, and costs in the amount of **$400.00**, and no objections or responsive pleading thereto having been filed, it is hereby **ORDERED** that the said Application is **GRANTED**.  The amount of **$1,900.00** shall be paid from available funds by the Chapter 13 Trustee  to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**