United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10743-elf
Andrea McElhone                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda             Page 1 of 1              Date Rcvd: Jul 23, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db             +Andrea McElhone,    923 Anderson Avenue,    Drexel Hill, PA 19026-4407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      PATRICIA M. MAYER    on behalf of Debtor Andrea  McElhone patriciamayerpc@gmail.com,
       nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrea McElhone | | CHAPTER 13 |
| | Debtor(s) | |
| Lakeview Loan Servicing, LLC | Movant | |
| vs. | | NO. 18-10743 ELF |
| Andrea McElhone | | |
| | Debtor(s) | |
| Robert C. McElhone | Co-Debtor | |
| | | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this      day of          , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362 and 1301, is **MODIFIED** with respect to the subject premises located at 923 Anderson Avenue, Drexel Hill, PA 19026 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**