```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 18-10743-elf
Andrea McElhone                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: pdf900             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Andrea McElhone,   923 Anderson Avenue,   Drexel Hill, PA 19026-4407
14050807        Associated Credit Services, Inc.,    115 Flanders Road, Suite 140,   P.O. Box 5171,
                 Westborough, MA 01581-5171
14090171       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14078645        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14050809       +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14050811       +Credit Control, LLC.,   P.O. Box 546,   Hazelwood, MO 63042-0546
14050815       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14050816       +First Svgs Bk-blaze,   Po Box 5096,   Sioux Falls, SD 57117-5096
14050817       +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14050819       +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd,   Miami, FL 33146-1837
14050823       +National Enterprise Systems,   2479 Edison Blvd.,   Unit A,   Twinsburg, OH 44087-2476
14050824       +Northland Group,   P.O. Box 390846,   Minneapolis, MN 55439-0846
14050827        Portfolio Recovery Associates, LLC,   P. B Box 41067,   Norfolk, VA 23541
14050828        Rushmore Service Center,   P.O. Box 5508,   Sioux Falls, SD 57117-5508
14050829       #+Scott F. Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
14050830       +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
14050831        United Recovery Systems, LP,   P.O. Box 4044,   Concord, CA 94524-4044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:37:54
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Oct 31 2019 03:38:18      Synchrony,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14050806       +E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 31 2019 03:37:34
                 AllianceOne Receivables Management, Inc.,   4850 Street Road, Suite 300,
                 Trevose, PA 19053-6643
14086613       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 31 2019 03:37:44      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14050810       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 31 2019 03:37:44      Comenity Bank,
                 P.O. Box 182273,   Columbus, OH 43218-2273
14050812       +E-mail/Text: egssupportservices@alorica.com Oct 31 2019 03:38:19      EGS Financial Care, Inc.,
                 P.O. Box 1020,   Horsham, PA 19044-8020
14050813       +E-mail/Text: bknotice@ercbpo.com Oct 31 2019 03:38:16      ERC,   P.O. Box 23870,
                 Jacksonville, FL 32241-3870
14050814       +E-mail/Text: data_processing@fin-rec.com Oct 31 2019 03:37:43      Financial Recovery Services,
                 P.O. Box 385908,   Minneapolis, MN 55438-5908
14050818       +E-mail/Text: bncnotices@becket-lee.com Oct 31 2019 03:37:37      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
14090402        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:32:01
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14050820       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:31:59
                 LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
14072787        E-mail/Text: camanagement@mtb.com Oct 31 2019 03:37:44      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
14050821        E-mail/Text: camanagement@mtb.com Oct 31 2019 03:37:44      M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
14076733       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:38:10      MIDLAND FUNDING LLC,
                 PO BOX 2011,   Warren MI 48090-2011
14050822       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:38:10      Midland Credit Management, Inc.,
                 P.O. Box 60578,   Los Angeles, CA 90084-8870
14050826        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:46:10
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14063331        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:30:40
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14051065       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:30:39
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14050825        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:32      PayPal Credit,   P.O. Box 105658,
                 Atlanta, GA 30348-5658
14080283       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2019 03:38:20      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14217461       +E-mail/Text: bncmail@w-legal.com Oct 31 2019 03:38:18      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2            Date Rcvd: Oct 30, 2019
                              Form ID: pdf900             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14090834        +E-mail/Text: bncmail@w-legal.com Oct 31 2019 03:38:18     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14050808      ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Debtor Andrea   McElhone patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
ANDREA MCELHONE

                Debtor                    Bankruptcy No. 18-10743-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 30, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
PATRICIA M. MAYER, PC
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
ANDREA MCELHONE

923 ANDERSON AVENUE

DREXEL HILL, PA 19026